UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-2189-GW-BFMx** | Date | November 10, 2026 |
| Title | ***Allison Mohr v. Costco Wholesale Corporation, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - ORDER TO SHOW CAUSE**

The Court hereby ORDERS Defendant Costco Wholesale Corporation to SHOW CAUSE as to why the Court should not reopen this action and/or impose sanctions in light of the apparent failure of the parties to commence arbitration, despite the passage of more than eight months since the Court granted the parties' March 2, 2026 joint stipulation to arbitrate. *See* Docket Nos. 15, 16. Additionally, in this Court's prior order on Plaintiff's earlier request to reopen this case, *see* Docket No. 22, the Court expressly directed that "the parties are to cooperate in commencing arbitration proceedings by no later than June 5, 2026," and warned that, should arbitration fail to commence by that date, "either party may file a request with this Court to reopen this matter" and "either party may be sanctioned to the extent they fail[ed] to cooperate in commencing arbitration." See Docket No. 25.

The Court sets a hearing on this Order to Show Cause for November 16, 2026, at 8:30 AM. The parties may each file a response to this Order, not to exceed two (2) pages, by no later than 12:00 p.m. on November 12, 2026.

________ : ________

Initials of Preparer JG